November 13, 1979

APPEAL No. 78-134. ROBERT S. LYNAM *et al. v.* CRANSTON GENERAL HOSPITAL. This case was argued November 8, 1979, pursuant to a motion to show cause why the appeal should not be dismissed.

The thrust of the plaintiffs' appeal was based upon alleged trial errors which were not raised by timely objections in the Superior Court. Since the errors alleged in the case of Robert S. Lynam were not asserted in the court below, and in light of a verdict for the defendant in said case, the question of the propriety of directing a verdict against plaintiff Marie C. Hall becomes moot, since she would only have been entitled to a judgment in the event that defendant was liable to her son. Therefore, plaintiffs having failed to show cause, the appeal is denied and dismissed, the judgment of the Superior Court is affirmed, and the case is remitted to the Superior Court. *Fessel and Goldman, Robert S. Goldman,* for plaintiffs. *John F. Dolan,* for defendant.

APPEAL No. 79-126. JOSE GOULART *et al. v.* TOWN OF BRISTOL *et al.* This case comes before us on a motion to affirm a judgment of dismissal in the Superior Court on the ground that the action was not filed within the time limited by statute.

After hearing argument of counsel on November 8, 1979, we conclude that the plaintiff has failed to show cause why the judgment of the Superior Court should not be affirmed. Therefore, the appeal is denied and dismissed, the judgment of the Superior Court is affirmed, and the case is remitted to the Superior Court. *Louis B. Abilheira,* for plaintiffs. *Tillinghast, Collins & Graham, William R. Grimm, Normand G. Benoit,* for defendants.